

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| EAST EL PASO PHYSICIAN'S MEDICAL CENTER, LLC, | § | No. 08-13-00358-CV |
|  | § | Appeal from the |
| Appellant, | | |
|  | § | County Court at Law No. 5 |
| v. | | |
|  | § | of El Paso County, Texas |
| OLIVIA VARGAS, | | |
|  | § | (TC# 2011-DCV-00117) |
| Appellee. | | |
|  | § | |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **April 16, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. J. Roberto Oaxaca, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before April 16, 2014.

IT IS SO ORDERED this 2nd day of April, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.